IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00063-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NEANG LENG,

    Defendant.

_____

**MOTION FOR ORDER AUTHORIZING PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION FOR THE PURPOSE OF DETERMINING COMPETENCY**
_____

Neang Leng, by and through undersigned counsel, hereby moves this Court for an Order authorizing a psychiatric or psychological examination of the defendant by a certified psychiatrist or psychologist for the purpose of determining his competency to proceed, and to thereafter set a hearing to determine his competency, pursuant to 18 U.S.C. § 4241(a),(b) and (c), and 18 U.S.C. §4247(b) and (c). In support thereof, the defense states as follows:

**I.    Procedural History**

1.    Mr. Leng is charged with one count of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g). On March 7, 2013, Mr. Leng filed a Notice of Disposition.

2.    Change of Plea on this matter is currently set for April 16, 2013 at 4:00 p.m.

**II.    Argument**

3.   Undersigned counsel has information that Mr. Leng has previously been diagnosed with bipolar disorder and schizophrenia.  Based upon this information and undersigned counsel's interactions with Mr. Leng, undersigned counsel has reason to believe that Mr. Leng may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  The defense requests the Court to order a psychiatric or psychological evaluation for purposes of determining competency.

4.   Pursuant to 18 U.S.C. § 4247(b), and for the purposes of conducting this examination, counsel requests that the defendant be committed to the custody of the United States Attorney General for a reasonable period not to exceed 30 days, unless an extension is appropriately sought pursuant to the provisions of the same statute.

5.   Pursuant to 18 U.S.C. § 4247(c), counsel further requests the Court to direct the preparation of a written report and that, once completed, copies of the report be delivered *directly* to undersigned counsel, the Assistant United States Attorney, and this Court.

6.   Counsel further requests that this Court order counsel to contact chambers to set a date for hearing on Mr. Leng's competency.

7.   Pursuant to 18 U.S.C. § 3161(h)(1), the defense maintains that the Speedy Trial clock is tolled until such time as a determination of competency is made.

8. Because counsel cannot ethically advise Mr. Leng with respect to the plea agreement until counsel is confident that Mr. Leng is competent to proceed, the defense respectfully requests that this Court vacate the current change of plea date pending a determination of Mr. Leng's competency.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ Scott T. Varholak
Scott T. Varholak
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Scott.Varholak@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on 3/19/2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Jeremy Sibert, AUSA
    email: jeremy.sibert@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Neang Leng (via Mail)

    s/ Scott T. Varholak
    Scott T. Varholak
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Scott.Varholak@fd.org
    Attorney for Defendant