**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 13-cr-00063-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NEANG LENG,

    Defendant.

---

**ORDER REGARDING MOTION TO DETERMINE
COMPETENCY OF DEFENDANT**

---

This matter is before the Court on Defendant's Motion for Order Authorizing Psychiatric or Psychological Examination for the Purpose of Determining Competency (Doc. # 15). Upon further review of the motion and the case file, the Court hereby GRANTS the motion and ORDERS as follows:

The Defendant currently is being held at the Federal Detention Center in Englewood, which may have arrangements with professional staff capable of performing a psychological evaluation and providing a report to the Court and the parties. For the reasons set forth in Defendant's Motion, and pursuant to 18 U.S.C. § 4241(a), (b), and (c), and 18 U.S.C. § 4247(b) and (c), the Court ORDERS that a psychiatric or psychological examination of Defendant Neang Leng be conducted by the Bureau of

Prisons, and that a report thereof be filed with the Court UNDER RESTRICTION LEVEL 2, with access to both government and defense counsel.

IT IS FURTHER ORDERED that, depending upon the conclusions of such psychiatric or psychological report, the Court may set the matter of competency for a hearing under 18 U.S.C. § 4241.

IT IS FURTHER ORDERED that the Change of Plea Hearing, set for April 16, 2013, and the four-day Jury Trial set to commence on April 22, 2013, are VACATED.

DATED:  March   22  , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge